# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

January 2, 2025

*By the Court:*

| No. 24-3296 | FRANK WILLIAM BONAN, II, individually and as an institution-affiliated party of GRAND RIVERS COMMUNITY BANK, GRAND CHAIN, ILLINOIS (INSURED STATE NONMEMBER BANK), <br>　　　Petitioner <br><br> v. <br><br> FEDERAL DEPOSIT INSURANCE CORPORATION, <br>　　　Respondent |
|---|---|
| **Originating Case Information:** ||
| Agency Case No: FDIC-16-0254e & FDIC-16-0256k <br> Federal Deposit Insurance Corporation ||

Upon consideration of the **EMERGENCY MOTION TO STAY ENFORCEMENT OF THE FDIC BOARD'S DECISION AND ORDER TO PROHIBIT PENDING JUDICIAL REVIEW**, filed on December 31, 2024, by counsel for the petitioner,

**IT IS ORDERED** that respondent shall file a response to the motion for stay on or before January 10, 2025.

form name: **c7_Order_BTC**　　(form ID: **178**)