# No. 24-3296

## UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

FRANK WILLIAM BONAN, II,

*Petitioner*,

v.

FEDERAL DEPOSIT INSURANCE CORPORATION,

*Respondent.*

## RESPONDENT FDIC'S RESPONSE TO AND STATEMENT THAT IT DOES NOT OPPOSE PETITIONER'S EMERGENCY MOTION FOR A STAY PENDING JUDICIAL REVIEW

### INTRODUCTION

In this appeal, Petitioner Frank William Bonan, II (Bonan) seeks review of the Decision and Orders (Decision) issued against him by the Board of Directors (Board) of the Federal Deposit Insurance Corporation (FDIC). The Decision (1) prohibits Bonan from participating in the banking industry and (2) requires him to pay a civil money penalty (CMP).

Bonan moved the Board to stay enforcement of its orders pending judicial review, and the Board conditionally granted a stay of the order to pay a CMP but denied the request for a stay of the prohibition order.

Bonan now moves this Court to stay enforcement of the prohibition order. Given the current circumstances of this case, and in order to conserve judicial resources and streamline this appeal, the FDIC does not oppose a stay of enforcement of the prohibition order pending judicial review.

## DISCUSSION

At all relevant times, Bonan was Chairman of the Board of Directors of Grand Rivers Community Bank and a member of its loan-approval committee.[1] He resigned from the Bank on April 20, 2016.[2] After a six-day hearing, the administrative law judge (ALJ) in this matter issued a Recommended Decision finding that Bonan's actions in connection with (1) a $1.25 million loan made by the Bank and (2) the release of the Bank's security interest held as collateral for a $490,000 loan constituted a breach of fiduciary duties and unsafe or unsound banking practices.[3]

On review of the ALJ's Recommended Decision, the Board "conclude[d] that a prohibition order against [Bonan] [wa]s warranted and that a second-tier CMP of $105,000 [wa]s justified."[4] In support of its

---

[1] Petition, Exh. A at 3.

[2] *Id.* at 4.

[3] *Id.* at 1, 10, 16.

[4] *Id.* at 2.

Decision, the Board agreed with the ALJ's findings that—due to Bonan's actions—the Bank had to charge off $513,760 on the first loan and $489,268 on the second loan.[5]

Bonan petitioned this Court for review of the Board's Decision and subsequently moved the Board to stay enforcement of the prohibition order pending judicial review. In support of that motion, he argued, *inter alia*, that he is likely to succeed on the merits of three claims: (1) the evidence of his misconduct is insufficient; (2) he was entitled to a jury trial; and (3) the Board and ALJ enjoy unconstitutional removal protections.[6] In denying the motion, the Board concluded Bonan had simply "repeat[ed] arguments made to and previously rejected by the Board."[7]

The FDIC believes it is highly unlikely that Bonan will succeed on the merits of any of these three claims. However, the FDIC acknowledges that this Court requires a stay applicant to show only that "its claim has *some* likelihood of success on the merits,"[8] and that "[w]hat amounts to 'some' depends on the facts of the case at hand because of

---

[5] *Id.* at 36-39, 51-52.

[6] Motion, Exh. A at 2; *see also* Motion at 2-3 (same).

[7] Motion, Exh. A at 2.

[8] *Mays v. Dart*, 974 F.3d 810, 822 (7th Cir. 2020) (emphasis added).

3

[this Court's] sliding scale approach."[9] Under that approach, moreover, if the harm to an applicant from denial of a stay would significantly exceed the harm to the other party from granting a stay, "the [stay] should be granted even if the [other party] has a better chance of prevailing on the merits than the [applicant.]"[10] In this regard, the FDIC takes the same position here that it did in *Calcutt v. FDIC,*[11] which Bonan relies on:[12] "[T]he FDIC does not deny that the harms alleged by [Bonan] are significant and affirmatively states that it 'does not find that the unusual circumstances of this case necessitate [Bonan's] immediate removal and prohibition prior to this Court's disposition of the petition for review.'"[13]

## CONCLUSION

Although the FDIC believes that it is far more likely to prevail on the merits of this appeal than is Bonan, for the reasons discussed above the FDIC does not oppose Bonan's motion for a stay of enforcement of the prohibition order pending judicial review.

---

[9] *Id.*

[10] *Id.* at 821 (quoting *Omega Satellite Prod. Co. v. City of Indianapolis*, 694 F.2d 119, 123 (7th Cir. 1982)).

[11] No. 20-4303, ECF No. 14-2 (6th Cir. Jan.5, 2021).

[12] *See* Motion at 2.

[13] *Calcutt*, ECF No. 14-2 at 3.

Dated: January 8, 2025                    Respectfully submitted,

                                                  B. Amon James
Assistant General Counsel
J. Scott Watson
Senior Counsel

<u>s/Joseph Brooks</u>
Joseph Brooks
Counsel
FEDERAL DEPOSIT INSURANCE CORPORATION
3501 Fairfax Drive, Room D-7010
Arlington, VA 22226
Tel: (703) 562-2054
Fax: (703) 562-2469
jobrooks@fdic.gov

*Counsel for Respondent Federal Deposit Insurance Corporation*

5

# RULE 32(g) CERTIFICATE OF COMPLIANCE

Undersigned counsel certifies that this response to Petitioner's motion complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A) because it contains 702 words, excluding the parts of the response exempted by Fed. R. App. P. 32(f).

Undersigned counsel further certifies that this response to Petitioner's motion complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(6) because this motion has been prepared in a proportionally spaced 14-point Century Schoolbook typeface using Microsoft Word 2016.

s/Joseph Brooks
Joseph Brooks

*Counsel for Respondent Federal Deposit Insurance Corporation*

Dated: January 8, 2025

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing response and statement of non-opposition to motion has been filed by electronic case filing and served on counsel of record through the Court's Notice of Docket Activity on this 8th day of January, 2025.

<u>s/Joseph Brooks</u>
Joseph Brooks
FEDERAL DEPOSIT
INSURANCE CORPORATION
3501 Fairfax Drive
Arlington, VA 22226
Tel: (703) 562-2054
Fax: (703) 562-2469
E-mail: jobrooks@fdic.gov

*Counsel for Respondent Federal Deposit Insurance Corporation*